Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 3

| | |
|---|---|
| **NUCOR CORPORATION,**<br>                **Plaintiff,**<br><br>      v.<br><br>**UNITED STATES,**<br>                **Defendant.** | **SUMMONS**<br><br>**Court No. 25-00238** |

**TO:**   The Attorney General and the U.S. Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                                        /s/ *Gina Justice*
                                                        Clerk of the Court

_____

1. Plaintiff is Nucor Corporation. Plaintiff is a domestic producer of corrosion-resistant steel products, and thus is an interested party as defined by 19 U.S.C. § 1677(9)(C). Plaintiff was also a participant in the investigation under review. Plaintiff therefore has standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
   (Name and standing of plaintiff)

2. Plaintiff contests certain aspects of the U.S. Department of Commerce's final determination in the countervailing duty investigation of certain corrosion-resistant steel products from Canada. *Certain Corrosion-Resistant Steel Products From Canada*, 90 Fed. Reg. 42,200 (Dep't Commerce August 29, 2025). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II) and (a)(2)(B)(i).
   (Brief description of contested determination)

3. August 25, 2025
   (Date of determination)

4. August 29, 2025 (90 Fed. Reg. 42,200)
   (If applicable, date of publication in Federal Register of notice of contested determination)

Form 3-1

        Alan H. Price, Esq.
        Christopher B. Weld, Esq.
        Stephanie M. Bell, Esq.
        Adam M. Teslik, Esq.
        John Allen Riggins, Esq.
        Jacob A. Garten, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000
WileyTrade@wiley.law

*/s/ Alan H. Price*
Signature of Plaintiff's Attorney

October 28, 2025
Date

**SEE REVERSE SIDE**

Form 3-2

# SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025.)

Attorney in Charge
International Trade Field Office
U.S. Department of Justice, Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

General Counsel
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044